John Franklin Brown and Charles S. Brown, minors, by their mother and next friend, Luellen Brown, appellants, v. Ottawa Silica Company, appellee. Gen. No. 8,426.

Heard in this court at the October term, 1931. Opinion filed February 18, 1932.

William Zwanzig, for appellants. Duncan & O'Conor, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.